United States District Court
Southern District of Texas
**ENTERED**
May 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELVIN LLOYD SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-1362 |
| | § | |
| BRIAN EUGENE KYLES, et al., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with the Order of Dismissal Without Prejudice for Failure to Allege Facts Establishing Subject Matter Jurisdiction, this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 12th day of May, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE